# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark D. Schaeffer,<br>    aka Mark Douglas Schaeffer,<br>    aka Mark Schaeffer<br>    &<br>Danielle Christa Schaeffer,<br>    aka Danielle C. Schaeffer,<br>    aka Danielle Schaeffer<br><br>        Debtor(s) | CHAPTER 13<br><br>BKY. NO. 18-10620 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

      Respectfully submitted,

      **/s/ Rebecca A. Solarz, Esquire**
      Rebecca A. Solarz, Esquire
      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322 FAX (215) 627-7734