United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Mark D. Schaeffer  
Danielle Christa Schaeffer  
    Debtors

Case No. 18-10620-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR        Page 1 of 1        Date Rcvd: Feb 13, 2018  
                         Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.  
db/jdb        Mark D. Schaeffer,   Danielle Christa Schaeffer,   521 Frutchey Hill Road,   Easton, PA 18040-7110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2018 01:47:49     Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        J. ZAC CHRISTMAN   on behalf of Joint Debtor Danielle Christa Schaeffer jchristman@newmanwilliams.com,  
         epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail.com  
        J. ZAC CHRISTMAN   on behalf of Debtor Mark D. Schaeffer jchristman@newmanwilliams.com,  
         epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail.com  
        JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,  
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                               TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARK D. SCHAEFFER, : CASE NO. 18-10620-REF
aka MARK DOUGLAS SCHAEFFER,
aka MARK SCHAEFFER, and : CHAPTER 13
DANIELLE CHRISTA SCHAEFFER,
aka DANIELLE C. SCHAEFFER, :
aka DANIELLE SCHAEFFER,
  :
     Debtors

## ORDER

Upon consideration of the above-named Debtor, Mark D. Schaeffer, having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future disposable income to the jurisdiction of this Court;

IT IS THEREFORE ORDERED that until further Order of this Court, including an Order dismissing this case, closing this case, or converting it to a case under Chapter 7 of the Bankruptcy Code, the employer/entity from whom the Debtor, Mark D. Schaeffer, receives income:

**County of Northampton
Attn: Payroll Dept.
669 Washington Street
Easton, PA  18042**

**Social Security #xxx-xx-3831**

shall deduct from the income of Mark D. Schaeffer, **$870.50 from each bi-weekly paycheck**, **beginning on the next pay day following the receipt of this Order,** including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor, and to remit the deducted sums to:

FREDERICK L. REIGLE, TRUSTEE
PO BOX 680
MEMPHIS, TN  38101-0680

IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall change the amount of the monthly remittance to the Trustee in the future, if the employer/entity from whom the Debtor receives income is directed to do so

in writing, either by the Trustee or by the Debtor's counsel and to continue the wage deduction until the employer/entity from whom the Debtor receives income is directed in writing to discontinue the deduction, either by the Trustee or by Debtor's counsel.

    IT IS FURTHER ORDERED that the employer/entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated, and shall advise the Trustee of the reason for such termination.

    IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for all requisite withholding taxes and other appropriate deductions, be paid to the Debtor in accordance with usual payment procedure.

    IT IS FURTHER ORDERED that the employer/entity will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

    IT IS FURTHER ORDERED that this Order supersedes previous orders made to the subject employer/entity in this case, if any.

**Date: February 13, 2018**