United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 18-10620-ref
Mark D. Schaeffer                                                 Chapter 13
Danielle Christa Schaeffer
    Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Feb 21, 2018
                              Form ID: 309I           Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2018.
```
db/jdb         Mark D. Schaeffer,    Danielle Christa Schaeffer,    521 Frutchey Hill Road,
                Easton, PA 18040-7110
tr            +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                Reading, PA 19606-0410
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14048289     ++CHAMPION MORTGAGE COMPANY,    PO BOX 619093,    DALLAS TX 75261-9093
               (address filed with court: Champion Mortgage Company,     8950 Cypress Waters Blvd,
                Coppell, TX 75019)
14048293      +Diamonds International,    38 W 48th St,    New York, NY 10036-1805
14048297      +Littman Jewelers,    1000 Mac Arthur Blvd,    Mahwah, NJ 07430-2035
14057079      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     c/o KML Law Group, P.C.,    710 Market Street,
                Suite 5000,   Philadelphia, PA 19106-2312
14048299      +Navient,   123 Justison Street,     3rd Floor,    Wilmington, DE 19801-5360
14048300      +PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
14048301      +Santander Bank NA,    PO Box 12646,    Reading, PA 19612-2646
14053065      +Santander Bank, N.A.,    601 Penn Street,    MC 10-6438-FB7,    Reading, PA 19601-3563
14056255      +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,     Gross McGinley LLP,
                33 S Seventh Street,    Allentown, PA 18101-2418
14048303      +Shoppers Charge,    1000 MacArthur Blvd,    Mahwah, NJ 07430-2035
14048307       Wells Fargo Bank,    c/o Powers Kirn & Associates,    Eigh Neshaminy Interplex Ste 215,
                Trevose, PA 19053
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jchristman@newmanwilliams.com Feb 22 2018 02:25:36     J. ZAC CHRISTMAN,
                Newman, Williams,    PO Box 511, 712 Monroe Street,    Stroudsburg, PA  18360
smg           +E-mail/Text: robertsl2@dnb.com Feb 22 2018 02:26:17     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 22 2018 02:25:56
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 22 2018 02:26:24     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 22 2018 02:26:11     United States Trustee,
                Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14048283      +EDI: AMEREXPR.COM Feb 22 2018 02:13:00      American Express,    PO Box 981537,
                El Paso, TX 79998-1537
14048284       EDI: TSYS2.COM Feb 22 2018 02:13:00      Barclays Bank DE,    PO Box 8803,
                Wilmington, DE 19899-8803
14048285      +EDI: TSYS2.COM Feb 22 2018 02:13:00      Barclays Bank Delaware,    125 S West Street,
                Wilmington, DE 19801-5014
14048286      +E-mail/Text: bankruptcy@bbandt.com Feb 22 2018 02:25:45     Branch B&T,    223 West Nash St,
                Wilson, NC 27893-3801
14048287       EDI: CAPITALONE.COM Feb 22 2018 02:13:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
14048288      +E-mail/Text: WFB.Bankruptcy@cabelas.com Feb 22 2018 02:26:54     Capital One/Cabelas,
                4800 NW 1st St Ste 300,    PO Box 82609,    Lincoln, NE 68501-2609
14048291      +EDI: CITICORP.COM Feb 22 2018 02:13:00      CitiCards/Citibank,    PO Box 6241,
                Sioux Falls, SD 57117-6241
14048290      +EDI: CITICORP.COM Feb 22 2018 02:13:00      Citicards/CBNA,    PO Box 6497,
                Sioux Falls, SD 57117-6497
14048292       EDI: WFNNB.COM Feb 22 2018 02:13:00      Comenity Bank,    Bankruptcy Dept,    PO Box 182125,
                Columbus, OH 43218-2125
14048295      +E-mail/Text: bankruptcydept@wyn.com Feb 22 2018 02:26:26     Fairfield Acceptance,
                10750 W Charleston,    Suite 130,    Las Vegas, NV 89135-1049
14048296       EDI: CBSKOHLS.COM Feb 22 2018 02:13:00      Kohls/Capital One,    PO Box 3115,
                Milwaukee, WI 53201-3115
14048298      +EDI: NAVIENTFKASMSERV.COM Feb 22 2018 02:13:00      Navient,    PO Box 9655,
                Wilkes Barre, PA 18773-9655
14048302       EDI: DRIV.COM Feb 22 2018 02:13:00      Santander Consumer USA,    Attn Bankruptcy Dept,
                PO Box 560284,    Dallas, TX 75356-0284
14048304       EDI: RMSC.COM Feb 22 2018 02:13:00      Synchrony Bank,    Attn Bankruptcy Dept,    PO Box 965060,
                Orlando, FL 32896-5060
14050080      +EDI: RMSC.COM Feb 22 2018 02:13:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
14048305      +EDI: WTRRNBANK.COM Feb 22 2018 02:13:00      TD Bank/Target Credit,    PO Box 673,
                Minneapolis, MN 55440-0673
14048294       EDI: USBANKARS.COM Feb 22 2018 02:13:00      Elan Financial Services,    PO Box 108,
                Saint Louis, MO 63166
14048306       EDI: WFFC.COM Feb 22 2018 02:13:00      Wells Fargo,    PO Box 10347,    Des Moines, IA 50306-0347
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Feb 21, 2018
                              Form ID: 309I              Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14048308      +EDI: WFFC.COM Feb 22 2018 02:13:00      Wells Fargo Bank NA,   3476 Stateview Blvd,
               Fort Mill, SC 29715-7200
14057558       EDI: WFFC.COM Feb 22 2018 02:13:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
               PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
14048309      +EDI: WFFC.COM Feb 22 2018 02:13:00      Wells Fargo Credit Services,   PO Box 14517,
               Des Moines, IA 50306-3517
14048310      +EDI: WFFC.COM Feb 22 2018 02:13:00      Wells Fargo Home Mortgage,   PO Box 10335,
               Des Moines, IA 50306-0335
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +FREDERICK L. REIGLE,   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   P.O. Box 4010,
               Reading, PA 19606-0410
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              J. ZAC CHRISTMAN    on behalf of Debtor Mark D. Schaeffer jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail
               .com
              J. ZAC CHRISTMAN    on behalf of Joint Debtor Danielle Christa Schaeffer
               jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail
               .com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Mark D. Schaeffer** | Social Security number or ITIN | xxx–xx–3831 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Danielle Christa Schaeffer** | Social Security number or ITIN | xxx–xx–8741 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter 13 | 1/31/18 |
| Case number: | 18–10620–ref | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark D. Schaeffer | Danielle Christa Schaeffer |
| 2. | **All other names used in the last 8 years** | aka Mark Douglas Schaeffer, aka Mark Schaeffer | aka Danielle C. Schaeffer, aka Danielle Schaeffer |
| 3. | **Address** | 521 Frutchey Hill Road<br>Easton, PA 18040–7110 | 521 Frutchey Hill Road<br>Easton, PA 18040–7110 |
| 4. | **Debtor's attorney**<br>Name and address | J. ZAC CHRISTMAN<br>Newman, Williams<br>PO Box 511, 712 Monroe Street<br>Stroudsburg, PA 18360 | Contact phone 570–421–9090<br>Email: jchristman@newmanwilliams.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 2/21/18 |

**For more information, see page 2**

Official Form 309I                **Notice of Chapter 13 Bankruptcy Case**                page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 20, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/19/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/11/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/30/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1,741.00 per month for 60 months. **The hearing on confirmation will be held on: 5/3/18 at 9:00 AM Location:Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |