Certificate Number: 12433-PAE-DE-030794672

Bankruptcy Case Number: 18-10620



12433-PAE-DE-030794672

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 28, 2018, at 10:07 o'clock PM EDT, Danielle Christa Schaeffer completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    March 29, 2018              By:    /s/Lisa Susoev

Name:    Lisa Susoev

Title:    Teacher