**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Mark D. Schaeffer aka Mark Douglas Schaeffer aka Mark Schaeffer<br>Danielle Christa Schaeffer aka Danielle C. Schaeffer aka Danielle Schaeffer<br>                                                      Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br>                                                      Movant<br>v.<br>Mark D. Schaeffer aka Mark Douglas Schaeffer aka Mark Schaeffer<br>Danielle Christa Schaeffer aka Danielle C. Schaeffer aka Danielle Schaeffer<br> and<br>Frederick L. Reigle, Esquire<br>                                                      Respondents | 18-10620 REF<br><br>Chapter 13 Proceeding<br><br>Hearing Date: 04/05/2018 at 9:30am |

**CERTIFICATE OF NO RESPONSE**
**TO MOTION FOR RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on March 14, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **03/29/2018**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                            Respectfully submitted,
                                                            POWERS KIRN &ASSOCIATES, LLC

By:        **/s/ Jill Manuel-Coughlin, Esquire**
            By: Jill Manuel-Coughlin
            Attorney ID #      63252
            Eight Neshaminy Interplex, Suite 215
            Trevose, PA 19053
            Telephone: 215-942-2090
            Facsimile: 215-942-8661
            E-mail: Jill@pkallc.com
            Attorney for Movant
            DATED: March 30, 2018

17-1217

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Mark D. Schaeffer aka Mark Douglas Schaeffer aka Mark Schaeffer<br>Danielle Christa Schaeffer aka Danielle C. Schaeffer aka Danielle Schaeffer<br>　　　　　　　　　　　　　　　　　　Debtor(s)<br><br>WELLS FARGO BANK, N.A.<br>　　　　　　　　　　　　　　　　　　Movant<br>v.<br>Mark D. Schaeffer aka Mark Douglas Schaeffer aka Mark Schaeffer<br>Danielle Christa Schaeffer aka Danielle C. Schaeffer aka Danielle Schaeffer<br> and<br>Frederick L. Reigle, Esquire<br>　　　　　　　　　　　　　　　　　　Respondents | 18-10620 REF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  04/05/2018 at 9:30am |

## CERTIFICATION OF SERVICE AND NOTICE

JILL MANUEL-COUGHLIN, counsel for WELLS FARGO BANK, N.A., hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on March 30, 2018:

### *Served Electronically*:

J. Zac Christman, Esquire　　　　　　　　　　　　Frederick L. Reigle, Esquire
712 Monroe Street　　　　　　　　　　　　　　　　2901 St. Lawrence Avenue
P.O. Box 511　　　　　　　　　　　　　　　　　　P.O. Box 4010
 Stroudsburg, PA  18360　　　　　　　　　　　　　Reading PA  19606
Attorney for Debtor(s)　　　　　　　　　　　　　　Trustee

### *Served Via 1st Class Mail:*

Mark D. Schaeffer aka Mark Douglas Schaeffer aka
Mark Schaeffer

Danielle Christa Schaeffer aka Danielle C. Schaeffer aka
Danielle Schaeffer
521 Frutchey Hill Road
Easton , PA  18040
Debtor

　　　　　　　　　　　　　　　　　　　　　　　POWERS KIRN & ASSOCIATES, LLC

　　　　　　　　　　　　　　　　　　　　　　　By: **/s/ Jill Manuel-Coughlin, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　By:  Jill Manuel-Coughlin
　　　　　　　　　　　　　　　　　　　　　　　Attorney ID #	63252
　　　　　　　　　　　　　　　　　　　　　　　Eight Neshaminy Interplex, Suite 215
　　　　　　　　　　　　　　　　　　　　　　　Trevose, PA 19053
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 215-942-2090
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 215-942-8661
　　　　　　　　　　　　　　　　　　　　　　　E-mail: Jill@pkallc.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　　DATED:  March 30, 2018