**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Mark D. Schaeffer, aka Mark Douglas Schaeffer, aka Mark Schaeffer<br>Danielle Christa Schaeffer, aka Danielle C. Schaeffer, aka Danielle Schaeffer<br>　　　　　　　　　　　　Debtors | Case No. 18-10620 REF<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>　　　　　　　　　　　　Movant<br>　　v.<br>Mark D. Schaeffer, aka Mark Douglas Schaeffer, aka Mark Schaeffer<br>Danielle Christa Schaeffer, aka Danielle C. Schaeffer, aka Danielle Schaeffer<br>and<br>Frederick L. Reigle, Esquire<br>　　　　　　　　　　　　Respondents | |

17-1217

## ORDER

AND NOW, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to reasonably contact the Debtors directly to determine intent regarding the property located at 835 Louis Street, Easton, PA 18042 and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

**Date: April 11, 2018**

_____
United States Bankruptcy Judge