United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10620-ref
Mark D. Schaeffer                                                         Chapter 13
Danielle Christa Schaeffer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: Apr 11, 2018
                             Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db/jdb          Mark D. Schaeffer,    Danielle Christa Schaeffer,    521 Frutchey Hill Road,
                Easton, PA  18040-7110
cr             +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
                33 S Seventh Street,    Allentown, PA 18101-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:23      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                         TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              HARRY B. REESE   on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              J. ZAC CHRISTMAN   on behalf of Debtor Mark D. Schaeffer jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmai
               l.com
              J. ZAC CHRISTMAN   on behalf of Joint Debtor Danielle Christa Schaeffer
               jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmai
               l.com
              JILL  MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              THOMAS A. CAPEHART   on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Mark D. Schaeffer, aka Mark Douglas<br>Schaeffer, aka Mark Schaeffer<br>Danielle Christa Schaeffer, aka Danielle C.<br>Schaeffer, aka Danielle Schaeffer<br>                                                    Debtors | Case No. 18-10620 REF<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>                                                    Movant<br>        v.<br>Mark D. Schaeffer, aka Mark Douglas<br>Schaeffer, aka Mark Schaeffer<br>Danielle Christa Schaeffer, aka Danielle C.<br>Schaeffer, aka Danielle Schaeffer<br>and<br>Frederick L. Reigle, Esquire<br>                                                    Respondents | |

17-1217

## ORDER

AND NOW, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all other Relief available under the Non-Bankruptcy law and its loan documents.

Upon the order being granted and entered, Movant shall have the continuing authority to reasonably contact the Debtors directly to determine intent regarding the property located at 835 Louis Street, Easton, PA 18042 and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

**Date: April 11, 2018**

_____
United States Bankruptcy Judge