IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARK D. SCHAEFFER, | : | CASE NO. 18-10620-REF |
| aka MARK DOUGLAS SCHAEFFER, | : | |
| aka MARK SCHAEFFER, and | : | CHAPTER 13 |
| DANIELLE CHRISTA SCHAEFFER, | : | |
| aka DANIELLE C. SCHAEFFER, | : | |
| aka DANIELLE SCHAEFFER, | : | |
| | : | |

Debtors

## ORDER GRANTING
## MOTION TO TERMINATE WAGE ATTACHMENT

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED and that said Motion is hereby GRANTED and the Order affecting Wage Attachment entered on February 13, 2018, be and is hereby terminated. **THE COUNTY OF NORTHAMPTON / PAYROLL DEPARTMENT,** is hereby ORDERED to immediately terminate the wage attachment.

**Date: April 27, 2018**

_____
Richard E. Fehling, Bankruptcy Judge

cc:     County of Northampton
        Attn:  Payroll Dept.
        669 Washington Street
        Easton, PA  18042