United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-10620-ref
Mark D. Schaeffer                                               Chapter 13
Danielle Christa Schaeffer
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: SaraR            Page 1 of 1            Date Rcvd: Apr 27, 2018
                               Form ID: pdf900        Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2018.
```
db/jdb          Mark D. Schaeffer,    Danielle Christa Schaeffer,    521 Frutchey Hill Road,
                  Easton, PA 18040-7110
cr             +Santander Bank, N.A.,   c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
                 33 S Seventh Street,    Allentown, PA 18101-2418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2018 01:45:47      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2018 at the address(es) listed below:
```
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
          J. ZAC CHRISTMAN    on behalf of Debtor Mark D. Schaeffer jchristman@newmanwilliams.com,
           epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmai
           l.com
          J. ZAC CHRISTMAN    on behalf of Joint Debtor Danielle Christa Schaeffer
           jchristman@newmanwilliams.com,
           epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmai
           l.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
           ehutchinson@grossmcginley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARK D. SCHAEFFER, | : | CASE NO. 18-10620-REF |
| aka MARK DOUGLAS SCHAEFFER, | : | |
| aka MARK SCHAEFFER, and | : | CHAPTER 13 |
| DANIELLE CHRISTA SCHAEFFER, | : | |
| aka DANIELLE C. SCHAEFFER, | : | |
| aka DANIELLE SCHAEFFER, | : | |
| | : | |

      Debtors

**ORDER GRANTING
MOTION TO TERMINATE WAGE ATTACHMENT**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED and that said Motion is hereby GRANTED and the Order affecting Wage Attachment entered on February 13, 2018, be and is hereby terminated. **THE COUNTY OF NORTHAMPTON / PAYROLL DEPARTMENT,** is hereby ORDERED to immediately terminate the wage attachment.

**Date: April 27, 2018**

_____
Richard E. Fehling, Bankruptcy Judge

cc:    County of Northampton
         Attn: Payroll Dept.
         669 Washington Street
         Easton, PA 18042