## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| **MARK D. SCHAEFFER** and | ) | 18-10620-ref |
| **DANIELLE CHRISTA SCHAEFFER** | ) | |
| **Debtor**s | ) | |
| | ) | MOTION FOR STAY RELIEF |
| SANTANDER BANK, N.A. | ) | 521 Frutchey Hill Road, Easton, PA |
| Movant | ) | |
| vs. | ) | |
| | ) | |
| MARK D. SCHAEFFER and | ) | |
| DANIELLE CHRISTA SCHAEFFER | ) | |
| PATRICIA A. YEAKEL | ) | |
| Respondents | ) | |

## ORDER

**AND NOW**, upon the written Stipulation for Stay Relief signed by the Debtors, Mark D. Schaeffer and Danielle Christa Schaeffer, their counsel,

J. Zac Christman, Esq., and Santander Bank ("Santander"), by and through its counsel Thomas A. Capehart, Esq., it is hereby:

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code shall be conditionally terminated with respect to Santander as of this date;

**ORDERED**, that if the Debtors fail to make the payments as required under the terms of the Stipulation, Santander shall be authorized to then file a Certificate of Default with the Court, upon which the Automatic Stay provisions of Section 362 shall be unconditionally terminated with respect to Santander and Santander shall be entitled to proceed with available state court remedies against the Premises located at 521 Frutchey Hill Road, Easton, Northampton County, Pennsylvania ("Premises"), including without limitation, a mortgage foreclosure and Sheriff's Sale of the Premises, all without further application to this Court or notice to the Debtors or their counsel.

**ORDERED,** that this Order shall not be stayed until the expiration of the 14 days after its entry pursuant to Bankruptcy Rule 4001(a) but rather shall become effective as of the date this Order is signed.

**Date: October 10, 2018**

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge