United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-10620-ref
Mark D. Schaeffer  Chapter 13
Danielle Christa Schaeffer
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Keith   Page 1 of 1   Date Rcvd: Oct 10, 2018
                     Form ID: pdf900  Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
db/jdb       Mark D. Schaeffer,  Danielle Christa Schaeffer,   521 Frutchey Hill Road,
        Easton, PA 18040-7110
cr         +Santander Bank, N.A.,   c/o Thomas A. Capehart, Esq.,   Gross McGinley LLP,
        33 S Seventh Street,   Allentown, PA 18101-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 03:37:10   Synchrony Bank,
        c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                             TOTAL: 1

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
      FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      HARRY B. REESE   on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
      chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      J. ZAC CHRISTMAN   on behalf of Debtor Mark D. Schaeffer jchristman@newmanwilliams.com,
      mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
      J. ZAC CHRISTMAN   on behalf of Joint Debtor Danielle Christa Schaeffer
      jchristman@newmanwilliams.com,  mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
      JILL MANUEL-COUGHLIN   on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
      chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
      bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
      RRamos-Cardona@fredreiglech13.com
      THOMAS A. CAPEHART   on behalf of Creditor   Santander Bank, N.A. JKacsur@grossmcginley.com,
      ehutchinson@grossmcginley.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                           TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Chapter 13 |
| **MARK D. SCHAEFFER** and ) | 18-10620-ref |
| **DANIELLE CHRISTA SCHAEFFER** ) | |
| **Debtor**s ) | |
| ) | MOTION FOR STAY RELIEF |
| SANTANDER BANK, N.A. ) | 521 Frutchey Hill Road, Easton, PA |
| Movant ) | |
| vs. ) | |
| ) | |
| MARK D. SCHAEFFER and ) | |
| DANIELLE CHRISTA SCHAEFFER ) | |
| PATRICIA A. YEAKEL ) | |
| Respondents ) | |

## ORDER

**AND NOW**, upon the written Stipulation for Stay Relief signed by the Debtors, Mark D. Schaeffer and Danielle Christa Schaeffer, their counsel, J. Zac Christman, Esq., and Santander Bank ("Santander"), by and through its counsel Thomas A. Capehart, Esq., it is hereby:

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code shall be conditionally terminated with respect to Santander as of this date;

**ORDERED**, that if the Debtors fail to make the payments as required under the terms of the Stipulation, Santander shall be authorized to then file a Certificate of Default with the Court, upon which the Automatic Stay provisions of Section 362 shall be unconditionally terminated with respect to Santander and Santander shall be entitled to proceed with available state court remedies against the Premises located at 521 Frutchey Hill Road, Easton, Northampton County, Pennsylvania ("Premises"), including without limitation, a mortgage foreclosure and Sheriff's Sale of the Premises, all without further application to this Court or notice to the Debtors or their counsel.

**ORDERED,** that this Order shall not be stayed until the expiration of the 14 days after its entry pursuant to Bankruptcy Rule 4001(a) but rather shall become effective as of the date this Order is signed.

**Date: October 10, 2018**

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge