IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARK D. SCHAEFFER, | : | |
| a/k/a MARK DOUGLAS SCHAEFFER, | : | CASE NO. 18-10620 |
| a/k/a MARK SCHAEFFER, and | : | |
| DANIELLE CHRISTA SCHAEFFER, | : | |
| a/k/a DANIELLE C. SCHAEFFER, | : | |
| a/k/a DANIELLE SCHAEFFER, | : | |
| Debtors. | : | |

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of the Debtors MARK D. SCHAEFFER and DANIELLE CHRISTA SCHAEFFER in the above-captioned matter.

    /s/ J. Zac Christman_____
J. Zac Christman, Esq.
Attorney ID #80009

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of the Debtors MARK D. SCHAEFFER and DANIELLE CHRISTA SCHAEFFER in the above-captioned matter.

    /s/ Vincent Rubino_____
Vincent Rubino, Esq.
Attorney ID #49628
Newman Williams Mishkin
Corvelyn Wolfe & Fareri
712 Monroe Street
Stroudsburg, PA  18360
570-421-9090