UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| MARK D. SCHAEFFER, | : CASE NO. 18-10620-REF |
| aka MARK DOUGLAS SCHAEFFER, | |
| aka MARK SCHAEFFER, and | : CHAPTER 13 |
| DANIELLE CHRISTA SCHAEFFER, | |
| aka DANIELLE C. SCHAEFFER, | : |
| aka DANIELLE SCHAEFFER, | |
| | : |
| Debtors | |

## AFFIDAVIT OF DEBTORS

We, MARK D. SCHAEFFER and DANIELLE CHRISTA SCHAEFFER, the Debtors named in the above-captioned case, declare under penalty of perjury that we have read the foregoing Amended Schedule I: Your Income, and Amended Schedule J: Your Expenses, and that the statements contained therein are true and correct to the best of our knowledge, information and belief.

Executed on  Feb. 19, 2019.

/s/ Mark D. Schaeffer
MARK D. SCHAEFFER

/s/ Danielle Christa Schaeffer
DANIELLE CHRISTA SCHAEFFER