**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| **MARK D. SCHAEFFER**, aka | : | Chapter 13 |
| Mark Douglas Schaeffer, aka Mark Schaeffer, and | : | Case No. **18-10620-ref** |
| **DANIELLE CHRISTA SCHAEFFER**, aka | : | |
| Danielle C. Schaeffer, aka Danielle Schaeffer, | : | |
| Debtor(s). | : | |

**CERTIFICATE OF MAILING:**
**NOTICE TO CREDITORS AND PARTIES IN INTEREST:**
**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The undersigned employee in the office of:

Newman, Williams, Mishkin, Corveleyn, Wolfe & Fareri, P.C.

hereby certifies that a copy of the **Notice to Creditors and Parties in Interest: Application for Compensation and Reimbursement of Expenses** were deposited in the United States mail, first class postage prepaid, on the date below, addressed to the parties listed on the Mailing Matrix filed with this Notice as an Exhibit, excluding the Office of the US Trustee and the Trustee, who were served through ECF.

Dated: 4/12/2019               **NEWMAN, WILLIAMS, MISHKIN,**
                               **CORVELEYN, WOLFE & FARERI, P.C.**


                               By: /s/ Vincent Rubino
                                   VINCENT RUBINO, ESQUIRE
                                   Attorney for Debtor
                                   PO Box 511, 712 Monroe Street
                                   Stroudsburg, PA 18360
                                   (570) 421-9090; fax (570) 424-9739
                                   vrubino@newmanwilliams.com