# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **MARK D. SCHAEFFER**, aka | : | Chapter 13 |
| Mark Douglas Schaeffer, aka Mark Schaeffer, and | : | Case No. **18-10620-ref** |
| **DANIELLE CHRISTA SCHAEFFER**, aka | : | |
| Danielle C. Schaeffer, aka Danielle Schaeffer, | : | |
| Debtor(s). | : | |

## ORDER GRANTING APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Debtor's counsel, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is **GRANTED**.  It is further **ORDERED** that Compensation of $4,000.00 is **ALLOWED** and the Chapter 13 Trustee is hereby authorized to distribute $4,000.00 to Debtor's counsel.

Date:  8/16/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**