# United States Bankruptcy Court
## Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-10620-elf
Mark D. Schaeffer                                               Chapter 13
Danielle Christa Schaeffer
      Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore          Page 1 of 1          Date Rcvd: Aug 19, 2019
                              Form ID: pdf900          Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
```
db/jdb         Mark D. Schaeffer,   Danielle Christa Schaeffer,   521 Frutchey Hill Road,
                 Easton, PA  18040-7110
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr            +Santander Bank, N.A.,   c/o Thomas A. Capehart, Esq.,   Gross McGinley LLP,
                 33 S Seventh Street,   Allentown, PA 18101-2418
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2019 03:18:45
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2019 03:19:00    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2019 03:12:22
                 Capital One Bank (USA) N.A Cabelas Club Visa by Am,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 03:10:11     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
```
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          HARRY B. REESE   on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
           aynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JILL MANUEL-COUGHLIN   on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          THOMAS A. CAPEHART   on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
           ehutchinson@grossmcginley.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VINCENT RUBINO   on behalf of Joint Debtor Danielle Christa Schaeffer vrubino@newmanwilliams.com,
           mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com
          VINCENT RUBINO   on behalf of Debtor Mark D. Schaeffer vrubino@newmanwilliams.com,
           mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **MARK D. SCHAEFFER**, aka | : | Chapter 13 |
| Mark Douglas Schaeffer, aka Mark Schaeffer, and | : | Case No. **18-10620-ref** |
| **DANIELLE CHRISTA SCHAEFFER**, aka | : | |
| Danielle C. Schaeffer, aka Danielle Schaeffer, | : | |
| Debtor(s). | : | |

## ORDER GRANTING APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Debtor's counsel, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is **GRANTED**. It is further **ORDERED** that Compensation of $4,000.00 is **ALLOWED** and the Chapter 13 Trustee is hereby authorized to distribute $4,000.00 to Debtor's counsel.

Date: 8/16/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**