| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-10620-PMM

MARK D SCHAEFFER
DANIELLE CHRISTA SCHAEFFER
521 FRUTCHEY HILL ROAD
EASTON  PA    18040-7110

Petition Filed Date: 01/31/2018
341 Hearing Date: 03/20/2018
Confirmation Date: 04/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $100.00 | | 02/06/2019 | $100.00 | | 04/01/2019 | $645.00 | |
| 04/01/2019 | $1,855.54 | | 04/15/2019 | $300.00 | | 05/01/2019 | $910.54 | |
| 05/10/2019 | $1,000.00 | | 05/28/2019 | $855.54 | | 06/17/2019 | $655.54 | |
| 06/24/2019 | $1,200.00 | | 07/22/2019 | $1,855.54 | | 08/05/2019 | $1,000.00 | |
| 08/19/2019 | $855.54 | | 09/10/2019 | $1,000.00 | Monthly Plan P | 10/09/2019 | $1,000.00 | |
| 11/04/2019 | $1,000.00 | | 12/03/2019 | $1,000.00 | | 01/13/2020 | $1,000.00 | |
| 02/10/2020 | $1,000.00 | | 03/23/2020 | $1,000.00 | | 04/20/2020 | $7,844.32 | |
| 05/04/2020 | $2,000.00 | | 06/02/2020 | $2,000.00 | | 06/29/2020 | $2,000.00 | |
| 07/27/2020 | $2,000.00 | | | | | | | |

**Total Receipts for the Period: $34,177.56   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $38,159.56**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | AMERICAN EXP CENTURION BANK<br>»» 012 | Unsecured Creditors | $17,879.62 | $5,531.57 | $12,348.05 |
| 5 | BRANCH BANKING & TRUST CO<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 014 | Unsecured Creditors | $8,085.34 | $2,501.41 | $5,583.93 |
| 13 | BECKET & LEE, LLP<br>»» 013 | Unsecured Creditors | $2,185.67 | $676.19 | $1,509.48 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $6,235.01 | $1,928.96 | $4,306.05 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $10,156.91 | $3,142.34 | $7,014.57 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $6,850.27 | $2,119.31 | $4,730.96 |
| 15 | MOMA FUNDING LLC<br>»» 015 | Unsecured Creditors | $3,024.95 | $935.88 | $2,089.07 |
| 16 | MOMA FUNDING LLC<br>»» 016 | Unsecured Creditors | $4,251.68 | $1,315.38 | $2,936.30 |
| 17 | MOMA FUNDING LLC<br>»» 017 | Unsecured Creditors | $3,942.65 | $1,219.75 | $2,722.90 |
| 10 | KHEAA<br>»» 010 | Unsecured Creditors | $1,149.07 | $355.50 | $793.57 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07A | Mortgage Arrears | $0.01 | $0.01 | $0.00 |

**Chapter 13 Case No. 18-10620-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07B | Secured Creditors | $825.00 | $825.00 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $5,031.59 | $1,556.69 | $3,474.90 |
| 2 | SANTANDER BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK USA NA<br>»» 018 | Unsecured Creditors | $893.86 | $276.57 | $617.29 |
| 8 | TD RETAIL CREDIT SERVICES<br>»» 008 | Unsecured Creditors | $2,339.33 | $723.77 | $1,615.56 |
| 9 | TD RETAIL CREDIT SERVICES<br>»» 009 | Unsecured Creditors | $1,588.85 | $491.53 | $1,097.32 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $6,946.51 | $2,149.12 | $4,797.39 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $9,646.75 | $2,984.51 | $6,662.24 |
| 6 | WELLS FARGO BANK NA<br>»» 006 | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
| 21 | VINCENT RUBINO ESQ<br>»» 021 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,159.56 | Current Monthly Payment: | $1,855.54 |
| Paid to Claims: | $32,733.49 | Arrearages: | ($577.84) |
| Paid to Trustee: | $3,626.07 | Total Plan Base: | $93,247.92 |
| Funds on Hand: | $1,800.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.