Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 18-10620-PMM

MARK D SCHAEFFER  
DANIELLE CHRISTA SCHAEFFER  
521 FRUTCHEY HILL ROAD  
EASTON PA 18040-7110

Petition Filed Date: 01/31/2018  
341 Hearing Date: 03/20/2018  
Confirmation Date: 04/11/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $1,000.00 | | 02/10/2020 | $1,000.00 | | 03/23/2020 | $1,000.00 | |
| 04/20/2020 | $7,844.32 | | 05/04/2020 | $2,000.00 | | 06/02/2020 | $2,000.00 | |
| 06/29/2020 | $2,000.00 | | 07/27/2020 | $2,000.00 | | 09/14/2020 | $1,855.54 | |
| 10/05/2020 | $1,855.54 | | 11/17/2020 | $1,900.00 | | 12/15/2020 | $2,000.00 | |
| 01/12/2021 | $1,100.00 | | 02/12/2021 | $1,856.00 | | 03/05/2021 | $2,000.00 | |
| 04/05/2021 | $2,000.00 | | 05/10/2021 | $2,000.00 | | | | |

Total Receipts for the Period: $35,411.40   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $54,726.64

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | AMERICAN EXP CENTURION BANK  »» 012 | Unsecured Creditors | $17,879.62 | $8,919.22 | $8,960.40 |
| 5 | BRANCH BANKING & TRUST CO  »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA  »» 014 | Unsecured Creditors | $8,085.34 | $4,033.34 | $4,052.00 |
| 13 | BECKET & LEE, LLP  »» 013 | Unsecured Creditors | $2,185.67 | $1,090.31 | $1,095.36 |
| 19 | LVNV FUNDING LLC  »» 019 | Unsecured Creditors | $6,235.01 | $3,110.30 | $3,124.71 |
| 20 | LVNV FUNDING LLC  »» 020 | Unsecured Creditors | $10,156.91 | $5,066.77 | $5,090.14 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 011 | Unsecured Creditors | $6,850.27 | $3,417.25 | $3,433.02 |
| 15 | MOMA FUNDING LLC  »» 015 | Unsecured Creditors | $3,024.95 | $1,509.01 | $1,515.94 |
| 16 | MOMA FUNDING LLC  »» 016 | Unsecured Creditors | $4,251.68 | $2,120.96 | $2,130.72 |
| 17 | MOMA FUNDING LLC  »» 017 | Unsecured Creditors | $3,942.65 | $1,966.75 | $1,975.90 |
| 10 | KHEAA  »» 010 | Unsecured Creditors | $1,149.07 | $573.21 | $575.86 |
| 7 | NATIONSTAR MORTGAGE LLC  »» 07A | Mortgage Arrears | $0.01 | $0.01 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC  »» 07B | Secured Creditors | $825.00 | $825.00 | $0.00 |

**Chapter 13 Case No. 18-10620-PMM**

| # | Creditor | Type | | | |
|---|---|---|---:|---:|---:|
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $5,031.59 | $2,510.04 | $2,521.55 |
| 2 | SANTANDER BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK USA NA<br>»» 018 | Unsecured Creditors | $893.86 | $445.93 | $447.93 |
| 8 | TD RETAIL CREDIT SERVICES<br>»» 008 | Unsecured Creditors | $2,339.33 | $1,166.99 | $1,172.34 |
| 9 | TD RETAIL CREDIT SERVICES<br>»» 009 | Unsecured Creditors | $1,588.85 | $792.56 | $796.29 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $6,946.51 | $3,465.28 | $3,481.23 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $9,646.75 | $4,812.29 | $4,834.46 |
| 6 | WELLS FARGO BANK NA<br>»» 006 | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
| 21 | VINCENT RUBINO ESQ<br>»» 021 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $54,726.64 | Current Monthly Payment: | $1,855.54 |
| Paid to Claims: | $49,825.22 | Arrearages: | $1,410.48 |
| Paid to Trustee: | $4,901.42 | Total Plan Base: | $93,247.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.