UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mark Douglas Schaeffer and Danielle Christa Schaeffer | Case No.: 18-10620 |
| | Adversary No.: |
| Debtor | Chapter: 13 |
| | Judge: Patricia M Mayer |

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Payment Address:

PO Box 16255
MC: 10-421-MC3
Reading, PA 19612

New Payment Address:

PO Box 847051
Boston, MA 02284-7051

Date: 10/14/2021

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Mark Douglas Schaeffer and Danielle Christina Schaeffer

Chapter #13  
Case No. 18-10620  
Honorable Patricia M Mayer

Debtors

_____/

## CERTIFICATE OF SERVICE

I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on October 14, 2021, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

Signed under the penalties of perjury, this 14th day of October 2021.

*Melissa A. Epler*  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
450 Penn Street  
Reading, PA 19602  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Mark and Danielle Schaeffer  
521 Frutchey Hill Rd  
Easton, PA 18040

VIA ECF  
Scott F Waterman  
2901 Saint Lawrence Ave Ste 100  
Reading, PA 19606

Vincent Rubino  
vrubino@newmanwilliams.com