**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| SUBSTITUTION OF APPEARANCE BY | ) |
| THOMAS A. CAPEHART, ESQUIRE IN | ) |
| VARIOUS OPEN CASES AND ENTRY OF | ) |
| APPEARANCE OF KELLIE RAHL-HEFFNER, | ) |
| ESQUIRE, IN VARIOUS OPEN CASES | ) |

**PRAECIPE TO SUBSTITUTE APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly withdraw the appearance of Thomas A. Capehart, Esquire and substitute the appearance of Kellie Rahl-Heffner, Esquire, in the cases listed in Exhibit A hereto.

Respectfully Submitted,

Date: Dec 1, 2021

/s/ Thomas A. Capehart
THOMAS A. CAPEHART, ESQ., ID #57440
KELLIE RAHL-HEFFNER, ESQ., ID #200962
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
610-820-5450 (F) 610-820-6006
Email:  jkacsur@grossmcginley.com

Date: Dec. 1, 2021

/s/ Kellie Rahl-Heffner
THOMAS A. CAPEHART, ESQ., ID #57440
KELLIE RAHL-HEFFNER, ESQ., ID #200962
Gross McGinley, LLP
33 S. 7th Street, PO Box 4060
Allentown, PA  18105-4060
610-820-5450 (F) 610-820-6006
Email:  jkacsur@grossmcginley.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**Exhibit A**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Pending Cases for:* | *CAPEHART   THOMAS   A.* | | *Bar Id:  57440* | *as of:  12/01/2021* | *8:26:46 am* | *Prid:  230,587* | | *terminated* | *case terminated* |

*Total Pending cases for this attorney:*      46

| Chapter | Judge | Case Number | Title | | |
|---|---|---|---|---|---|
| 13 | pmm | 16-11962-pmm | Donald L. Wagner and Deborah L. Wagner | | |
| | | | *Party represented:* | *cr* | *SANTANDER BANK, N.A.* |
| 13 | mdc | 17-10796-mdc | Crystal P. Clark | | |
| | | | *Party represented:* | *cr*        *c/o Thomas Capehart* | *Santander Bank, N.A.* |
| 13 | elf | 17-10863-elf | Harold L. Hawkins and Harold L. Hawkins | | |
| | | | *Party represented:* | *cr* | *SANTANDER BANK, N.A.* |
| 13 | pmm | 17-10952-pmm | Margarita M. Collado | | |
| | | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 17-13227-pmm | Arthur Anthony Delbianco | | |
| | | | *Party represented:* | *cr* | *SANTANDER BANK, N.A.* |
| 13 | elf | 17-13300-elf | Mary Jane Decembrino | | |
| | | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 17-13857-amc | Daryl D. Kingcade | | |
| | | | *Party represented:* | *cr* | *SANTANDER BANK, N.A.* |
| 13 | pmm | 17-15782-pmm | Douglas Edward Wernett | | |
| | | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 17-16193-amc | Kenneth DeRosa and Paula DeRosa | | |
| | | | *Party represented:* | *cr* | *Santander Bank, N.A.* |

| 13 | pmm | 18-10620-pmm | Daniel Claudio Schaeffer | |
| --- | --- | --- | --- | --- |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 18-10728-pmm | Eugene P Valencik | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 18-11884-amc | Robert L Johnson, III | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 18-13902-amc | Thomascina King | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 18-15321-pmm | Joseph A. Gitke and Tanya J. Gitke | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 18-15369-pmm | Bruce W. Gernert and Jeena D. Gernert | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | elf | 18-15918-elf | Nancy E. Lewis | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 18-16524-pmm | Rodney L. Weaver and Crystal A. Weaver | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 18-16784-pmm | Arlene J. Hawkins | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 18-18230-amc | Howard Gewertz | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | elf | 19-11468-elf | Kelly J. Sheridan | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | mdc | 19-12527-mdc | Dennis M. Casey and Jennifer L. Casey | |
| | | *Party represented:* | *cr* | *Santander Bank, N.A.* |

| 13 | amc | 19-13119-amc | Joyce B Jackson | | |
| | | Party represented: | | cr | *Santander Bank NA F/K/A Sovereign Bank* |
| 13 | amc | 19-13551-amc | Olga I Collazo | | |
| | | Party represented: | | cr | *Santander Bank, N.A.* |
| 13 | amc | 19-14209-amc | Carvil Steven Mason, IV and Debra Ann Mason | | |
| | | Party represented: | | cr | *21st Mortgage Corporation* |
| 13 | mdc | 19-14316-mdc | Marie Cavill | | |
| | | Party represented: | | cr | *Santander Bank, N.A.* |
| 13 | mdc | 19-14516-mdc | Sarah S. Hong | | |
| | | Party represented: | | cr | *Santander Bank, N.A.* |
| 13 | pmm | 19-14704-pmm | Heidi Alexandra Waltz | | |
| | | Party represented: | | cr | *Santander Bank, N.A.* |
| 13 | elf | 19-15069-elf | Cleveland Goolsby, Jr. and Debra L. Goolsby | | |
| | | Party represented: | | cr | *Atlanta Postal Credit Union* |
| 13 | elf | 19-15078-elf | Alexander P. Ordonez | | |
| | | Party represented: | | cr | *Santander Bank, N.A.* |
| 11 | pmm | 19-15156-pmm | Dennis J. Atiyeh | | |
| | | Party represented: | | cr | *Township of Whitehall* |
| 13 | pmm | 19-17818-pmm | Shirley K. Gerhart | | |
| | | Party represented: | | cr | *Santander Bank, N.A.* |
| 13 | pmm | 19-17901-pmm | Kevin J. Urbine | | |
| | | Party represented: | | cr | *Santander Bank, N.A.* |

|   |   |   |   |   |
|---|---|---|---|---|
|   | amc | 20-00024-amc | Titte 21st Mortgage Corp. |   |
|   |   | *Party represented:* | *dft* | *21st Mortgage Corp.* |
| 13 | amc | 20-10560-amc | Laura D. Crapps |   |
|   |   | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 20-12003-pmm | Fouad Isber Kassis |   |
|   |   | *Party represented:* | *cr* | *Township of Whitehall* |
| 13 | amc | 20-12601-amc | Neal Weinstein |   |
|   |   | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 20-12774-amc | Lynn Cox |   |
|   |   | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 20-12858-amc | Michelle Robertson and Joann Robertson |   |
|   |   | *Party represented:* | *cr* | *21st Mortgage Corporation* |
|   |   | *Party represented:* | *cr* | *Santander Consumer USA Inc.* |
| 13 | mdc | 20-12971-mdc | Robert Bruce |   |
|   |   | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | pmm | 20-13648-pmm | Patricia L. Gilmore |   |
|   |   | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 7 | pmm | 20-13664-pmm | Paul S. Wheaton |   |
|   |   | *Party represented:* | *cr* | *Santander Bank, N.A.* |
| 13 | amc | 20-14030-amc | Brenda E. Isenberg |   |
|   |   | *Party represented:* | *cr* | *21st Mortgage Corporation* |
| 13 | elf | 20-14119-elf | Wendell N. Calloway |   |
|   |   | *Party represented:* | *cr* | *Santander Bank, N.A.* |

| 13 | amc | 20-14222-amc | Peter Bellizia and Laura Dotterer-mkvber | *Santander Bank, N.A.* |
| | | *Party represented:* | *cr* | |
| 13 | mdc | 20-14782-mdc | Glenn David Farrow and Nancy Susan Farrow | |
| | | *Party represented:* | *cr* | *21st Mortgage Corporation* |
| 13 | pmm | 21-11403-pmm | Michelle L. Musseman | |
| | | *Party represented:* | *cr* | *21st Mortgage Corporation* |