## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **Mark D. Schaeffer**, aka | : | Chapter 13 |
| Mark Douglas Schaeffer, aka | : | Case No. **18-10620-pmm** |
| Mark Schaeffer | : | |
| **Danielle Christa Schaeffer**, aka | : | |
| Danielle C. Schaeffer, aka, | : | |
| Danielle Schaeffer, | : | |
| Debtors. | : | |

### NOTICE OF FILING OF APPLICATION FOR
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

**To the Debtors, U.S. Trustee, Chapter 13 Trustee, all Creditors and parties in interest,**

**NOTICE is given that:**

1.   On or about May 25, 2022, Counsel for Debtors filed an Application for Compensation and Reimbursement of Expenses. A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

2.   Counsel for the Debtors has provided legal services to the Debtor.

3.   Counsel for the Debtors will continue to provide such legal services on behalf of the Debtors as are necessary and/or appropriate for the administration of the Debtor's bankruptcy case.

4.   Counsel for the Debtor has requested fees in the amount of $500.00 and expense reimbursement in the amount of $0.00. The amount of $0.00 has been prepaid by the Debtor.

5.   Any creditor or party in interest may file an objection to the payment of the counsel fees with the Clerk, United States Bankruptcy Court, Eastern District of Pennsylvania, The Gateway Building, 201 Penn Street, Suite 103, Reading, PA 19601, and file a copy on the attorney for the Debtor at the address listed below within twenty-one (21) days of the date set forth below.

6.   In the absence of any objection, the attorney for the Debtor will certify same to the Court and request that an Order be entered authorizing the payment of the fees.

Dated:   5/25/2022

                              **NEWMAN, WILLIAMS, MISHKIN,
                              CORVELEYN, WOLFE & FARERI, P.C.**

                    By:   /s/ Robert J. Kidwell
                          ROBERT J. KIDWELL, ESQUIRE
                          Attorney for Debtor

PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
vrubino@newmanwilliams.com