IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **MARK D. SCHAEFFER**, aka                             :    **Chapter 13**
      Mark Douglas Schaeffer, aka Mark Schaeffer &    :    Case No. **18-10620**
      **DANIELLE CHRISTA SCHAEFFER**, aka             :
      Danielle C. Schaeffer, aka Danielle Schaeffer,  :
            Debtor(s)                                       :

## PRAECIPE TO WITHDRAW THIRD AMENDED PLAN

TO THE CLERK:

    Kindly withdraw the Third Amended Plan, Docket #70, filed on May 20, 2022.

**DATED**: June 14, 2022

                                                   /s/ Robert J. Kidwell_____
                                                  Robert J. Kidwell, Esq.
                                                  Attorney ID #206555
                                                  Attorney for Debtor