IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **MARK D. SCHAEFFER**, aka : **Chapter 13**
Mark Douglas Schaeffer, aka Mark Schaeffer & : Case No. **18-10620**
**DANIELLE CHRISTA SCHAEFFER**, aka :
Danielle C. Schaeffer, aka Danielle Schaeffer, :
Debtor(s) :

PRAECIPE TO WITHDRAW MOTION TO AMEND CONFIRMED PLAN

TO THE CLERK:

Kindly withdraw the Motion to Amend Confirmed Plan, Docket #70, filed on May 20, 2022.

**DATED**: June 23, 2022

 /s/ Robert J. Kidwell
Robert J. Kidwell, Esq.
Attorney ID #206555
Attorney for Debtor