**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **MARK D. SCHAEFFER**, aka | : | **Chapter 13** |
| Mark Douglas Schaeffer, aka Mark Schaeffer & | : | Case No. **18-10620** |
| **DANIELLE CHRISTA SCHAEFFER**, aka | : | Motion to |
| Danielle C. Schaeffer, aka Danielle Schaeffer, | : | Modify Confirmed Plan |
| **DEBTORS** | : | **Hearing Date:** |
| | : | **July 14, 2022 at 10:00 a.m.** |
| | : | Fourth Floor Courtroom |
| | : | U.S. Bankruptcy Court |
| | : | 201 Penn Street, Suite 103 |
| | : | Reading, PA, 19601 |

**CERTIFICATE OF NO RESPONSE:**
**MOTION TO MODIFY CONFIRMED PLAN**

The undersigned Attorney for Debtors **MARK D. SCHAEFFER AND DANIELLE CHRISTA SCHAEFFER** in the above-captioned matter, hereby certifies that the **Motion to Modify Confirmed Plan** was filed on June 15, 2022, and that the Motion and related **Notice of Motion, Response Deadline and Hearing Date** was properly served on the all creditors and parties in interest on June 15, 2022, which set a July 6, 2022 Response Deadline. The undersigned further certifies that no Response to the **Motion to Modify Confirmed Plan** has been filed. Debtors **MARK D. SCHAEFFER AND DANIELLE CHRISTA SCHAEFFER** are therefore entitled to have an Order issued granting the **Motion to Modify Confirmed Plan,** as filed with this Certification.

       /s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com