```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                            July 13, 2022
```

To:
ROBERT JOSEPH KIDWELL
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

```
                    In re: Mark D. Schaeffer
                    Bankruptcy No. 18-10620-pmm
                    Adversary No.
                    Chapter 13
```

    Re Second Application for Compensation

The above pleading was filed in this office on **May 25, 2022.**
Please be advised that the following document(s) has (have) not
been filed as required pursuant to the Federal Rules of
Bankruptcy Procedure and/or the Local Rules of this court:

```
        ()    Affidavit
        ()    Certificate of Service
        (x)   Certification of no response
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
                    objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other
```

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

```
                        Timothy B. McGrath
                        Clerk



                    By: _____Jeanette Gilmore_____
                              Deputy Clerk
```

status.frm
(rev. 11/26/2018)