**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **MARK D. SCHAEFFER**, aka | : | **Chapter 13** |
| Mark Douglas Schaeffer, aka Mark Schaeffer & | : | Case No. **18-10620** |
| **DANIELLE CHRISTA SCHAEFFER**, aka | : | **Second Application for** |
| Danielle C. Schaeffer, aka Danielle Schaeffer, | : | **Compensation** |
| **DEBTORS** | | |

**CERTIFICATE OF NO RESPONSE:**
**Second Application for Compensation**

The undersigned Attorney for Debtors **MARK D. SCHAEFFER AND DANIELLE CHRISTA SCHAEFFER** in the above-captioned matter, hereby certifies that the **Second Application for Compensation** was filed on May 25, 2022, and that the Motion and related **Notice of Motion** was properly served on the all creditors and parties in interest on May 25, 2022, which set a June 15, 2022 Response Deadline. The undersigned further certifies that no Response to the **Second Application for Compensation** has been filed. Debtors **MARK D. SCHAEFFER AND DANIELLE CHRISTA SCHAEFFER** are therefore entitled to have an Order issued granting the **Second Application for Compensation.**

        /s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com