# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 Case No. |
| | : | |
| Mark D. Schaeffer | : | 18-10620 (PMM) |
| *aka Mark Douglas Schaeffer* | : | |
| *aka Mark Schaeffer* | : | |
| Danielle Christa Schaeffer | : | |
| *aka Danielle C. Schaeffer* | : | |
| *aka Danielle Schaeffer* | : | |
| | : | |
| Debtors. | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (doc. # 75, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 77) is approved.

Date:

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**