# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: \
**Mark and Danielle Schaeffer,**  :  Chapter 13 \
: \
:  Case No. 18-10620 (PMM) \
: \
**Debtors.**  :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 75, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 77) is **approved**.

Date: 7/15/22

*Patricia M. Mayer*

**PATRICIA M. MAYER** \
**U.S. BANKRUPTCY JUDGE**