UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **Mark D. Schaeffer**, aka | : | Chapter 13 |
| Mark Douglas Schaeffer, aka | : | Case No. **18-10620-pmm** |
| Mark Schaeffer | : | |
| **Danielle Christa Schaeffer**, aka | : | |
| Danielle C. Schaeffer, aka, | : | |
| Danielle Schaeffer, | : | |
| Debtors. | : | |

### ORDER GRANTING SECOND APPLICATION
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Second Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Second Application for Compensation and Reimbursement of Expenses is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by the Second Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED. The Chapter 13 Trustee is authorized to distribute $500.00 to NEWMAN WILLIAMS, P.C. pursuant to the terms of the confirmed Plan.

Dated: 7/15/22

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge