| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-10620-PMM

MARK D  SCHAEFFER  
DANIELLE CHRISTA  SCHAEFFER  
521 FRUTCHEY HILL ROAD  
EASTON  PA    18040-7110  

Petition Filed Date: 01/31/2018  
341 Hearing Date: 03/20/2018  
Confirmation Date: 04/11/2019  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $2,000.00 | | 05/10/2021 | $2,000.00 | | 06/11/2021 | $1,856.00 | |
| 07/15/2021 | $1,900.00 | | 09/13/2021 | $2,000.00 | | 10/06/2021 | $2,200.00 | |
| 10/25/2021 | $900.00 | | 11/29/2021 | $1,000.00 | | 12/14/2021 | $2,000.00 | |
| 01/07/2022 | $500.00 | | 02/08/2022 | $2,000.00 | | 03/21/2022 | $2,000.00 | |
| 05/10/2022 | $2,000.00 | | 06/16/2022 | $500.00 | | 07/18/2022 | $300.00 | |

**Total Receipts for the Period: $23,156.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $73,882.64**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 12 | AMERICAN EXP CENTURION BANK<br>»» 012 | Unsecured Creditors | $17,879.62 | $12,333.86 | $5,545.76 |
| 5 | BRANCH BANKING & TRUST CO<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA<br>»» 014 | Unsecured Creditors | $8,085.34 | $5,577.49 | $2,507.85 |
| 13 | BECKET & LEE, LLP<br>»» 013 | Unsecured Creditors | $2,185.67 | $1,501.95 | $683.72 |
| 19 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $6,235.01 | $4,301.07 | $1,933.94 |
| 20 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $10,156.91 | $7,006.54 | $3,150.37 |
| 11 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 011 | Unsecured Creditors | $6,850.27 | $4,725.51 | $2,124.76 |
| 15 | MOMA FUNDING LLC<br>»» 015 | Unsecured Creditors | $3,024.95 | $2,078.70 | $946.25 |
| 16 | MOMA FUNDING LLC<br>»» 016 | Unsecured Creditors | $4,251.68 | $2,921.67 | $1,330.01 |
| 17 | MOMA FUNDING LLC<br>»» 017 | Unsecured Creditors | $3,942.65 | $2,709.29 | $1,233.36 |
| 10 | KHEAA<br>»» 010 | Unsecured Creditors | $573.21 | $573.21 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07A | Mortgage Arrears | $0.01 | $0.01 | $0.00 |
| 7 | NATIONSTAR MORTGAGE LLC<br>»» 07B | Secured Creditors | $825.00 | $825.00 | $0.00 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $5,031.59 | $3,457.61 | $1,573.98 |

**Chapter 13 Case No. 18-10620-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 2 | SANTANDER BANK NA<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | TD BANK USA NA<br>»» 018 | Unsecured Creditors | $893.86 | $614.27 | $279.59 |
| 8 | TD RETAIL CREDIT SERVICES<br>»» 008 | Unsecured Creditors | $2,339.33 | $1,607.55 | $731.78 |
| 9 | TD RETAIL CREDIT SERVICES<br>»» 009 | Unsecured Creditors | $1,588.85 | $1,091.80 | $497.05 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $6,946.51 | $4,791.93 | $2,154.58 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $9,646.75 | $6,654.63 | $2,992.12 |
| 6 | WELLS FARGO BANK NA<br>»» 006 | Ongoing Mortgage | $0.00 | $0.00 | $0.00 |
| 21 | VINCENT RUBINO ESQ<br>»» 021 | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $73,882.64 | Current Monthly Payment: | $3,062.00 |
| Paid to Claims: | $67,272.09 | Arrearages: | $2,312.00 |
| Paid to Trustee: | $6,548.92 | Total Plan Base: | $94,566.64 |
| Funds on Hand: | $61.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.