United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-10620-pmm

Mark D. Schaeffer  Chapter 13

Danielle Christa Schaeffer

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark D. Schaeffer, Danielle Christa Schaeffer, 521 Frutchey Hill Road, Easton, PA 18040-7110 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 26 2022 23:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 26 2022 23:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Sep 26 2022 23:31:16 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: legaldivision@kheaa.com | Sep 26 2022 23:25:00 | KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 23:31:22 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2022  Signature:  /s/Gustava Winters

Case 18-10620-pmm    Doc 100    Filed 09/28/22    Entered 09/29/22 00:31:50    Desc
Imaged Certificate of Notice    Page 2 of 5

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf900 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| HARRY B. REESE | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| ROBERT JOSEPH KIDWELL | on behalf of Joint Debtor Danielle Christa Schaeffer rkidwell@newmanwilliams.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Mark D. Schaeffer rkidwell@newmanwilliams.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Joint Debtor Danielle Christa Schaeffer vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |
| VINCENT RUBINO | on behalf of Debtor Mark D. Schaeffer vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Danielle Christa Schaeffer aka Danielle C. Schaeffer, aka Danielle Schaeffer<br>Mark D. Schaeffer aka Mark Douglas Schaeffer, aka Mark Schaeffer<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　　Movant<br>　　vs. | NO. 18-10620 PMM |
| Danielle Christa Schaeffer aka Danielle C. Schaeffer, aka Danielle Schaeffer<br>Mark D. Schaeffer aka Mark Douglas Schaeffer, aka Mark Schaeffer<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Scott Waterman<br>　　　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$11,184.68,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | May 2022 through September 2022 at $2,650.06/month |
| Suspense Balance: | ($2,065.62) |
| **Total Post-Petition Arrears** | **$11,184.68** |

2. The Debtor(s) shall cure said arrearages in the following manner:

　　　a) Debtor and Movant have agreed to a back-dated forbearance agreement for the payments due for the months of May 1, 2022 through November 1, 2022 which may be subject to extension upon mutual agreement or applicable law. Upon the expiration of the forbearance period on November 30, 2022, or as may be extended, Debtor shall make arrangements with

Movant to address the payments covered by the forbearance period along with the above-listed arrears.

        b)     Regular post-petition payments shall resume on December 1, 2022 or upon the expiration of the forbearance period, whichever is later.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. If the parties do not reach an agreement regarding the payments covered by the forbearance period along with the current post-petition arrears within thirty (30) days of the expiration of the initial or extended forbearance period, or if any of the regular monthly mortgage payments the come due after the expiration of the forbearance period are not made within thirty (30) days of the date said payment is due, the Secured Creditor shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Secured Creditor may file a Certification of Default with the Court and the Court shall enter an Order granting the Secured Creditor relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant may file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 6, 2022

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esq.
Attorney for Secured Creditor

Date: 9/12/2022

Robert J. Kidwell, Esq.
Attorney for Debtor(s)

Date: 9/23/2022

Scott Waterman, Esq.
Chapter 13 Trustee

Approved by the Court this 26th day of September, 2022. However, the court retains discretion regarding entry of any further order.

Patricia M. Mayer
Bankruptcy Judge