United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10620-pmm

Mark D. Schaeffer     Chapter 13

Danielle Christa Schaeffer

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4

Date Rcvd: Dec 15, 2022     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark D. Schaeffer, Danielle Christa Schaeffer, 521 Frutchey Hill Road, Easton, PA 18040-7110 |
| 14048289 | ++ | CHAMPION MORTGAGE COMPANY, PO BOX 619093, DALLAS TX 75261-9093 address filed with court:, Champion Mortgage Company, 8950 Cypress Waters Blvd, Coppell, TX 75019 |
| 14048293 | + | Diamonds International, 38 W 48th St, New York, NY 10036-1805 |
| 14048297 | + | Littman Jewelers, 1000 Mac Arthur Blvd, Mahwah, NJ 07430-2035 |
| 14057079 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14076397 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 14056255 | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| 14642921 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 14048307 | | Wells Fargo Bank, c/o Powers Kirn & Associates, Eigh Neshaminy Interplex Ste 215, Trevose, PA 19053 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 16 2022 00:27:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 16 2022 00:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:10 | Capital One Bank (USA) N.A Cabelas Club Visa by Am, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14048283 | + | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:18 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14077784 | | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:18 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14063795 | + | Email/Text: bankruptcy@bbandt.com | Dec 16 2022 00:27:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 14048284 | | Email/Text: BarclaysBankDelaware@tsico.com | Dec 16 2022 00:27:00 | Barclays Bank DE, PO Box 8803, Wilmington, DE 19899-8803 |
| 14048285 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 16 2022 00:27:00 | Barclays Bank Delaware, 125 S West Street, Wilmington, DE 19801-5014 |
| 14048286 | + | Email/Text: bankruptcy@bbandt.com | Dec 16 2022 00:27:00 | Branch B&T, 223 West Nash St, Wilson, NC 27893-3801 |
| 14082972 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:10 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA, 4515 N Santa Fe Ave, Oklahoma |

Case 18-10620-pmm    Doc 106    Filed 12/17/22    Entered 12/18/22 00:32:26    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | City, OK 73118-7901 |
| 14048287 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:28:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14077950 | Email/PDF: bncnotices@becket-lee.com | Dec 16 2022 00:28:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14048288 + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:28:15 | Capital One/Cabelas, 4800 NW 1st St Ste 300, PO Box 82609, Lincoln, NE 68501-2609 |
| 14048291 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:11 | CitiCards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14048290 + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:18 | Citicards/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14048292 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 16 2022 00:27:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14048295 + | Email/Text: bankruptcydept@wyn.com | Dec 16 2022 00:27:00 | Fairfield Acceptance, 10750 W Charleston, Suite 130, Las Vegas, NV 89135-1049 |
| 14503860 | Email/Text: legaldivision@kheaa.com | Dec 16 2022 00:27:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 14048296 | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2022 00:27:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14088103 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:17 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14077525 + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 00:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14070296 + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2022 00:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14048299 + | Email/PDF: pa_dc_claims@navient.com | Dec 16 2022 00:28:16 | Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5363 |
| 14048298 + | Email/PDF: pa_dc_claims@navient.com | Dec 16 2022 00:28:16 | Navient, PO Box 9655, Wilkes Barre, PA 18773-9655 |
| 14048300 + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 00:28:22 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14083083 | Email/Text: bnc-quantum@quantum3group.com | Dec 16 2022 00:27:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14048301 + | Email/Text: DeftBkr@santander.us | Dec 16 2022 00:27:00 | Santander Bank NA, PO Box 12646, Reading, PA 19612-2646 |
| 14053065 + | Email/Text: DeftBkr@santander.us | Dec 16 2022 00:27:00 | Santander Bank, N.A., 601 Penn Street, MC 10-6438-FB7, Reading, PA 19601-3563 |
| 14048302 | Email/Text: enotifications@santanderconsumerusa.com | Dec 16 2022 00:27:00 | Santander Consumer USA, Attn Bankruptcy Dept, PO Box 560284, Dallas, TX 75356-0284 |
| 14050080 + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 00:28:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14048304 | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 00:28:16 | Synchrony Bank, Attn Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 14085230 + | Email/Text: bncmail@w-legal.com | Dec 16 2022 00:27:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14048305 + | Email/Text: bncmail@w-legal.com | Dec 16 2022 00:27:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |

Case 18-10620-pmm    Doc 106    Filed 12/17/22    Entered 12/18/22 00:32:26    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 14070408 | + | Email/Text: tdebn@credbankserv.com | Dec 16 2022 00:27:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14048294 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 16 2022 00:27:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 14048306 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 00:28:22 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 14048308 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Wells Fargo Bank NA, 3476 Stateview Blvd, Fort Mill, SC 29715-7200 |
| 14057558 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14068636 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 00:28:22 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14048309 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 00:28:22 | Wells Fargo Credit Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14048310 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | KHEAA, ATTN MILES F JUSTICE, 100 AIRPORT RD, FRANKFORT KY 40601-6161, address filed with court:, KHEAA, PO BOX 798, FRANKFORT, KY 40602-0798 |
| cr | *+ | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14048303 | ##+ | Shoppers Charge, 1000 MacArthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 50 |

HARRY B. REESE
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

KELLIE LYNNE RAHL-HEFFNER
    on behalf of Creditor Santander Bank  N.A. krahl-heffner@grossmcginley.com,
    jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

ROBERT JOSEPH KIDWELL
    on behalf of Joint Debtor Danielle Christa Schaeffer rkidwell@newmanwilliams.com

ROBERT JOSEPH KIDWELL
    on behalf of Debtor Mark D. Schaeffer rkidwell@newmanwilliams.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
    on behalf of Joint Debtor Danielle Christa Schaeffer vrubino@newmanwilliams.com
    mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

VINCENT RUBINO
    on behalf of Debtor Mark D. Schaeffer vrubino@newmanwilliams.com
    mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| MARK D SCHAEFFER<br>DANIELLE CHRISTA SCHAEFFER | Chapter 13<br><br>Bankruptcy No. 18-10620-PMM |
| Debtors | |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 15, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE